UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANJAY SOOKUL, *on behalf of himself and all others similarly situated*,

                    Plaintiff,                  **ORDER**

       -against-                  **23-CV-1789 (JMF) (JW)**

GREG REECE'S RARE COMICS, LLC,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was commenced on March 1, 2023. Dkt. No. 1. A summons was issued for Defendant on March 2, 2023. Dkt. No. 4. Counsel entered a notice of appearance on behalf of Defendant on March 15, 2023. Dkt. No. 7. No further action has occurred.

       Defendant has until **May 12, 2023**, to file a response to the Complaint, or indicate some reason why such a response has not been made.

       SO ORDERED.

DATED:   New York, New York
              April 26, 2023

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge